# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**CHRISTINE TERWILLIGER,**
**on behalf of herself and**
**all others similarly situated,**
     **Plaintiff,**

     **v.**                           **Case No. 22-cv-0922**

**REGAL WARE, INC.,**
     **Defendants.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On December 1, 2022, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1.    The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures by January 18, 2023.

2.    Plaintiff shall file a motion for conditional certification under the FLSA by April 12, 2023.

3.    Further deadlines will be set after the court rules on the motion for conditional certification.

4.    Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

c.	All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits.  The motion must not exceed three pages in length.  No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages.   An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion.  The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

5.	The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 2nd day of December, 2022.


/s/Lynn Adelman	
LYNN ADELMAN
District Judge