UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CHRISTINE TERWILLIGER,
on behalf of herself and
all others similarly situated,

    Plaintiff,                                 Case No. 22-cv-922

    v.

REGAL WARE, INC.

    Defendant

## INTERIM SETTLEMENT REPORT

Plaintiff, Christine Terwilliger, on behalf of herself and all others similarly situated, provides the following *Interim Settlement Report* summarizing the progress made regarding settlement in this matter.

Significant progress has been made toward settlement of the above-captioned litigation. The parties have agreed to settle the case in principle. The parties' counsel are working diligently to finalizing a formal Settlement Agreement and Release.

In order to effectuate their settlement, the parties will submit a copy of the fully executed Settlement Agreement and Release and a copy of their motion for preliminary settlement approval to this Court. Given the holidays, the parties anticipate filing the same within 45 days.

Dated this 22nd day of December, 2023.

                                          WALCHESKE & LUZI, LLC
                                        Counsel for Plaintiff

                                        s/ *David M. Potteiger*
                                        James A. Walcheske, State Bar No. 1065635
                                        Scott S. Luzi, State Bar No. 1067405
                                        David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com