UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CHRISTINE TERWILLIGER,
on behalf of herself and
all others similarly situated,

      Plaintiff,                                        Case No. 22-cv-922

      v.

REGAL WARE, INC.

      Defendant

## PLAINTIFF'S UNOPPOSED MOTION FOR
## APPROVAL OF ATTORNEYS' FEES AND COSTS

NOW COMES Plaintiff, Christine Terwilliger, on behalf of herself and all others similarly situated, by and through her counsel, Walcheske & Luzi, LLC, and hereby respectfully Motions this Court for Approval of Attorneys' Fees and Costs on the grounds set forth herein, in Plaintiff's supporting Brief, and in the accompanying Declaration.

1.      Plaintiff's counsel has achieved substantial and considerable success in this matter – a Fair Labor Standards Act (FLSA) Collective and a Wisconsin Wage Payment and Collection Law (WWPCL) Class – on behalf of current and former employees of Defendant, FIS Management Services, LLC, negotiating a fair and reasonable settlement of this matter with Defendant's Counsel, the terms of which are embodied in the parties' executed settlement agreement, titled "Settlement Agreement & Release," (hereinafter simply, the "Settlement Agreement"), (ECF No. 19-1), and preliminarily approved by this Court. (ECF No. 21);

2. In accordance with the agreed-upon terms of the parties' Settlement Agreement, Plaintiff's Counsel motions this Court for approval of attorneys' fees and costs in the total amount of $45,876.03, which represents one-third (1/3) of the total settlement amount of $137,628.08 and reimbursement of litigation costs and administration expenses not to exceed $4,502.05. (ECF No. 19-1, ¶ 4);

3. Defendant does not oppose Plaintiff's Motion for Approval of Attorneys' Fees and Costs in the total amount of $50,378.08, and Defendant agrees that Plaintiff's attorneys' fees and costs in this matter are reasonable. (*Id.*); and

4. Plaintiff's Counsel's requested attorneys' fees and costs are fair, reasonable, and representative of and consistent with the rates of other attorneys in the community and approved in similar matters before this Court in multi-plaintiff FLSA collective and WWPCL class cases.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion for Approval of Attorneys' Fees and Costs in the total amount of $50,378.08 as set forth herein.

Dated this 9th day of May, 2024

      WALCHESKE & LUZI, LLC
      Counsel for Plaintiff

      **s/ *David M. Potteiger***
      James A. Walcheske, State Bar No. 1065635
      Scott S. Luzi, State Bar No. 1067405
      David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com