UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CHRISTINE TERWILLIGER,**
        **Plaintiff,**

    v.                                     Case No. 22-CV-922

**REGAL WARE INC.**
        **Defendant.**

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 05/31/2024 |
| Time Commenced: 10:00 a.m. | Concluded: 10:04 a.m. |
| Deputy Clerk: KQV | Court Reporter: Jen |

APPEARANCES:

Plaintiff: By Attorney David Potteiger

Defendant: By Attorney Tony McGrath

Nature of Conference: Telephonic Fairness Hearing

Notes: Having reviewed the submitted materials, the Court finds the settlement to be fair and reasonable.

- The parties' Joint Motion for Final Approval of Class Action Settlement is **GRANTED**. The Court shall enter an order approving the settlement.
- Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED**. The Court shall enter an order awarding attorneys' fees in the amount of $45,876.03 and costs in the amount of $4,502.05.
- Plaintiff's Unopposed Motion for Approval of Service Award is **GRANTED**. The Court shall enter an order awarding the Named Plaintiff's service award in the amount of $7,500.